No. 254. CENTRAL OF GEORGIA RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* BIRDIE V. DELOACH. In error to the Court of Appeals of the State of Georgia. Argued March 28, 1918. Decided April 15, 1918. *Per Curiam.* Judgment reversed with costs upon the authority of *Pennsylvania Co.* v. *Donat,* 239 U. S. 50; *New York Central & Hudson River R. R. Co.* v. *Carr,* 238 U. S. 260. *Mr. T. M. Cunningham, Jr.,* for plaintiff in error. *Mr. Edgar J. Oliver* and *Mr. Francis M. Oliver* for defendant in error.

No. 598. JAMES S. HOPKINS, AS RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* UNITED STATES OF AMERICA, SUING FOR THE USE AND BENEFIT OF ELLINGTON & GUY (INC.) ET AL. In error to the District Court of the United States for the Eastern District of North Carolina. Motion to dismiss or affirm submitted March 25, 1918. Decided April 15, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of *United States* v. *Congress Construction Co.,* 222 U. S. 199. *Mr. Mark W. Brown* and *Mr. Albert J. Hopkins* for plaintiff in error. *Mr. A. B. Dickinson* for defendants in error.